**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VALERIE ARKOOSH and THE PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES, | : | Civil No. 1:25-CV-01215 |
| Plaintiffs, | : | |
| v. | : | |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, this 5th day of November, 2026, it is **ORDERED** that Defendants' motion to dismiss Plaintiffs' complaint for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1), Doc. 11, is **DENIED**. The stay entered on December 10, 2025, Doc. 17, is lifted. Defendants shall file an answer to Plaintiffs' complaint **no later than November 26, 2026**. By separate order, the court will schedule a case management conference.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania